| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| RODERICK TYRONE REDMON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:13-CV-443 |
| | § | |
| N. VASQUEZ, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Roderick Tyrone Redmon, proceeding *pro se*, filed this petition for writ of habeas corpus. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration in accordance with 28 U.S.C. § 636. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the petition be dismissed without prejudice for failure to exhaust administrative remedies.

The court has received the Report and Recommendation, along with the record and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the magistrate judge's report is **ADOPTED**. An appropriate final judgment will be entered.

SIGNED at Beaumont, Texas, this 9th day of January, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE